IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KENNETH SHIRAH, JR.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                                    CASE NO. 1D16-2429

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed July 12, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Kenneth Shirah, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DENIED.

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., CONCUR.